UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOVANI ROBERTO PEREIRA,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, *et al.*,<br><br>Respondents. | No. 25-cv-12775-ADB |

# STATUS REPORT

Pursuant to the Court's Order (Doc. No. 8), Respondents submit the following status report:

1. On October 16, 2025, Petitioner Geovani Roberto Perreira was granted bond in immigration court in the amount of $2,000.

2. On October 17, 2025, Petitioner was released from the custody of U.S. Immigration and Customs Enforcement.


Dated: October 23, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on October 23, 2025.

                                                                 */s/ Julian N. Canzoneri*
                                                                  Julian N. Canzoneri
                                                                  Assistant U.S. Attorney