UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Geovani Roberto Pereira
    Petitioner

V.

CIVIL ACTION

NO. 1:25-cv-12775-ADB

Patricia Hyde et al
    Respondents

## ORDER OF DISMISSAL

Burroughs, D. J.

    On October 9, 2025, the Court granted Petitioner's habeas petition in part and ordered that he receive a bond hearing. [ECF No. 8]. The government's status report, [ECF No. 9], states that Petitioner has been provided with a bond hearing and released from ICE custody on bond. Because Petitioner has been released from custody, this action is dismissed.

                              By the Court,

October 23, 2025                               /s/Caetlin McManus
    Date                                                 Deputy Clerk